UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GRETCHEN L. LAVENDER,

    Plaintiff,

vs.                                                                          Case No. 3:06-cv-813-J-MCR

MICHAEL J. ASTRUE, Commissioner of the
Social Security Administration,

    Defendant.
_____/

## **O R D E R**

**THIS CAUSE** is before the Court on the Commissioner's Unopposed Motion for Entry of Judgment with Remand (Doc. 13) filed February 15, 2007. The Commissioner seeks remand for further action under sentence four of 42 U.S.C. §405(g) in order to allow the ALJ to:

> determine[] the functional limitations resulting from bilateral carpal tunnel syndrome; further assess the Plaintiff's maximum residual functional capacity (RFC) considering all of the functional limitations resulting from the Plaintiff's severe impairments, including any limitations in walking, standing, sitting, and reaching overhead; and obtain supplemental evidence from a vocational expert. Any hypothetical questions posed to the vocational expert will mirror the established RFC.

(Doc. 13, p.1). The Commissioner asserts Counsel for Plaintiff has no objection to the remand.

Accordingly, after due consideration, it is

**ORDERED**:

The Commissioner's Motion for Entry of Judgment with Remand (Doc. 13) is **GRANTED** and a judgment shall enter **REVERSING AND REMANDING** this case pursuant to sentence four of 42 U.S.C. §405(g).

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  21st  day of February, 2007.

*Monte C. Richardson*

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record